UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHERMAN AUGUSTINE

VERSUS

LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS, ET AL

CIVIL ACTION

NUMBER 10-171-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and in the Magistrate Judge's Report to which an objection was filed, the Court finds that the Motion to Remand[1] the federal claims is DENIED.[2]

However, the Court in the exercise of the discretion provided to the Court under 28 U.S.C. § 1367 refuses to hear the state law claims.  Therefore, the state court claims are remanded to state court.

IT IS SO ORDERED.

Baton Rouge, Louisiana, May 26, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 2.

[2] The federal claims are the claim filed under 42 U.S.C. §12112(Americans with Disabilities Act) and the claim filed under Title VII of the Civil Rights Act of 1964.

Doc#46753