UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHERMAN AUGUSTINE

VERSUS

LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS, ET AL

CIVIL ACTION

NUMBER 10-171-FJP-CN

JUDGMENT

For written reasons assigned;

IT IS FURTHER ORDERED that judgment shall be entered, remanding the state law claims to state court pursuant to the Court's discretion provided under 28 U.S.C. § 1367.

Baton Rouge, Louisiana, May 26, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

20th JDC - East Feliciana Parish

Doc#46753                               2